■ DANIEL HEBERT, Appellant, v SHERRY HEBERT, Respondent Memorandum: Appellant's financial affidavit fails to inform the court of his assets. Further, appellant has not submitted sufficient facts so that the merit of his appeal can be ascertained *(see,* CPLR

1101). Present—Dillon, P. J., Doerr, Denman, Balio and Lawton, JJ.